UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AHMAD RAHEEM MUHAMMAD                          CIVIL ACTION

VERSUS                                         NO: 09-3431

LOUISIANA ATTORNEY                             SECTION: R
DISCIPLINARY BOARD, ET AL.

**ORDER AND REASONS**

By its Order and reasons of May 5, 2009, this Court remanded these proceedings to the state court after concluding that Plaintiff's removal of the proceedings to federal court pursuant to 28 U.S.C. § 1443(1) had been improper. Plaintiff filed a notice of appeal to the Fifth Circuit Court of Appeals. On May 28, 2009, Plaintiff filed a motion for stay of judgment pending appeal to the Fifth Circuit.

The Fifth Circuit described four factors for consideration by a district court when determining whether to issue a stay pending appeal. *See National Treasury Employees Union v. Von Raab,* 808 F.2d 1057 (5th Cir. 1987). To obtain a stay, the

Plaintiff must show: (1) that he is likely to succeed on the merits of his appeal; (2) he would suffer irreperable injury if the Court denied the motion to stay; (3) granting the motion to stay would not substantially harm the other parties involved in the suit; and (4) granting the motion to stay would serve the public interest. *See id*; Fed. R. App. P. 8(a); *United States v. Baylor University Medical Center*, 711 F.2d 38, 39 (5th Cir. 1983)(*cert. denied*, 469 U.S. 1189 (1985). Of the four factors noted, the second is the only one arguably weighing in Plaintiff's favor. The Court already concluded that removal of this disciplinary proceeding from state to federal court was without support in law. If the charges against Plaintiff are true, it would appear that other parties would be harmed by further delay, and the public interest would not be served. *See Bar Association of Baltimore City v. Posner*, 391 F.Supp. 76, 84 (D. Ma. 1975). If the charges are not true, early adjudication in an appropriate forum should be in Plaintiff's best interest.

For the foregoing reasons, the Court DENIES Plaintiff's motion to stay pending appeal.

New Orleans, Louisiana, this 15th day of July, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2